UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-20394-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS HERNANDEZ,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Motion to Request Hearing (DE# 46, 6/13/11) filed by non-party Gisela Acosta. Having reviewed the applicable filings and law including the instant motion and the United States' Response in Opposition to Gisela Acosta's Motion for Hearing (DE# 51, 6/16/11), it is

ORDERED AND ADJUDGED that the Motion to Request Hearing (DE# 46, 6/13/11) is **DENIED without prejudice to renew by July 5, 2011**. Ms. Acosta's motion is tantamount to a petition by a third-party asserting a claim of legal interest in property subject to forfeiture under 21 U.S.C. § 853(n). Section 853(n)(3) provides that:

> The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

21 U.S.C. § 853(n)(3). The instant motion fails to meet the requirements of section 853(n)(3). The statute further requires that the petition be filed within 30 days of final publication of the notice or the third-party's receipt of notice, whichever is earlier. 21 U.S.C. § 853(n)(2). The government has indicated that it will not object to the timeliness

of Ms. Acosta's petition provided that it is filed by July 5, 2011. <u>See</u> United States' Response in Opposition to Gisela Acosta's Motion for Hearing (DE# 51 at 1 n. 3, 6/16/11). Accordingly, on or before July 5, 2011, Ms. Acosta shall file a petition that meets the requirements of 21 U.S.C. § 853(n)(3).

DONE AND ORDERED, in Chambers, at Miami, Florida this **24th** day of June, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:

Luis Hernandez
Reg. No. 83769-004
Federal Prison Camp
P.O. Box 150160
Atlanta, GA 30315

Gisela Acosta
735 E. 32 Street
Hialeah, FL 33013